



2019 OCT -3 PM 4:38

# DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
## 18 USC 242, 18 USC 876, 18 USC 1001, 42 USC 1983, 18 USC 3231

### In re: Charge # M0420-19

**ORIGINAL**

*Notice Of Removal*

**3 - 19CV -2358**

**Plaintiff(s),**

Derrick El, Natural Person, Ex. Relatione DERRICK HADDOCK

v.

**Defendant(s),**

Matt Crain

Justin Obeda

R. David Holmes

Michaela Alvarado

O. Alvarado

(Hereinafter Defendants)

Official Notice is hereby served on the HILLS COUNTY CRIMINAL COURT AT LAW, HILL COUNTY COURTHOUSE, P.O. BOX 874, HILLSBORO, TEXAS REPUBLIC 76645, all Agents; and above named Defendants-all cases and Jurisdiction / Venue moved to Federal Court PURSUANT TO TITLE 28 § 1441- §1446 . All Matters, Complaints, (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent;
UCC 1-202

  

## JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects." **Article 3 united States Republic Constitution**

## MULTIPLE GROUNDS FOR REMOVAL

1. To date, there has never been a witness or corpus delecti to either enter a verbal or written affidavit of fact and claim or dispute against the appellant thus violating the 5th and 6th Amendment clause of the constitution involving the abovementioned charge.

2. Pursuant to the United States Supreme Court decision in *Younger v. Harris, 401 U.S. 37 (1971)*: "... *when absolutely necessary for protection of constitutional rights, courts of the United States have power to enjoin state officers from instituting criminal actions.*"

3. It is clearly a violation of claimants constitutionally secured right to not only face their accuser and have the signed affidavit of fact of claims made against the accused, but pursuant to Article VI of the constitution (supremacy clause) the constitution for the united States and all Treaties made shall be the supreme law of the land. It is the constitutional and treaty right of all Moors, who have issues

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202




or disputes with any citizens of the united States, their right to consul shall not be infringed. See the Treaty of Amity and Commerce between the Moroccan Empire and the Republic of the united States of America of 1786-7. The treaty granted no Personam jurisdiction, subject-matter jurisdiction, nor territorial jurisdiction to the united States over any Moor / Moorish Estate, except those which pertain to article 21, which applies to the criminal act of killing or wounding a citizen of the respective nations, to which, the proper venue is consular courts (also see Sundry Free Moors act of 1790). Thus, any proceedings of a case to which a Moor is a party is a violation of that Moors constitutionally secured rights. It is written in the treaty:

4. **Article 20.** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.*

5. **Article 21.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Trial, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever....*

6. **Amendment 5** - Protection of Rights to Life, Liberty, and Property: *No person shall be held to answer for a capital or otherwise infamous crime unless on a presentment or indictment of a grand jury, except in cases arising in the land or*

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

*naval forces, or in the militia, when in actual service in time of war or public*

*danger; nor shall any person be subject for the same offense to be twice put in*

*jeopardy of life or limb; nor shall be compelled in any criminal case to be a*

*witness against himself, nor be deprived of life, liberty, or property without due*

*process of law; nor shall private property be taken for public use without just*

*compensation.*

7. **Amendment 6** - Rights of Accused Persons in Criminal Cases: *In all criminal*

    *prosecutions, the accused shall enjoy the right to a speedy and public trial by an*

    *impartial jury of the state and district wherein the crime shall have been*

    *committed, which district shall have been previously ascertained by law, and to*

    *be informed of the nature and cause of the accusation; to be confronted with the*

    *witnesses against him; to have compulsory process for obtaining witnesses in his*

    *favor; and to have the assistance of counsel for his defense. ...*

8. *If this is a Criminal Matter, there must exist an injured party, of which I would be*

    *obligated to make remedy to. If this is a Civil Matter, there must be an injured*

    *party, or property, even unto a preponderance of evidence. If this is an*

    *Administrative Court (Traffic Court) as well, there must be an injured party as*

    *defined in the established Rule of Law, submitted in Exhibit A:* **Board of Trade v.**

    **Olson, 262 US 1; 29 ALR 2d 105.**

9. If the state courts continue with their unlawful prosecution and or conviction, they

    will be violating the claimants civil, national and human rights. As stated in

    the United States Court of Appeals, Sixth Circuit case: *Peoples v. City of Detroit,*

    *344*; there can be no right of claim based on 'race', as it is a person's nationality

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent;
UCC 1-202

  

that determines their political and legal status, which gives them not only standing at law, but the right to sue and enforce their constitutionally secured rights **United States Court of Appeals, Sixth Circuit. PEEPLES v. CITY OF DETROIT 344. Nos. 17-1222. Decided: June 01, 2018**

## **RELIEF**

1. The claimants rights secured in the constitution is to: be confronted with the witness or accuser and injured party bring claims or accusations against them, which the State court is denying that right; and

2. To have the case litigated with consuls present as stated in the treaty of 1787, which the State courts are denying said right;

3. Since my rights have clearly been violated I demand as remedy All UNCONSTITUTIONAL Citations – Suit / (misrepresented) Bill of Exchange: Number **M0420-19** and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue;

4. All said Plaintiffs, beforementioned is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its personal capacity, each; The plaintiffs acted under color of law and authority, in want of jurisdiction therefore does not have immunity.

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent;
UCC 1-202

  

### TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the united States of America Republic constitution that the above is true and correct to the best of my knowledge and honorable intent.

Day 1, October, 2019 = 1439 M.C.

I Am: _Derrick El_

Derrick El, Natural Person, Ex. Ratatione DERRICK HADDOCK
All Rights Reserved without prejudice:U.C.C. 1-207/1-308;
C/o 1012 Rosedale Springs Ln
Fort Worth, Texas Republic
Phone(214) 335-7208
Email: moorishgovernor@gmail.com

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent;
UCC 1-202

  

## MOORISH AMERICAN CONSULATES
Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

This affidavit is notification of Consul; and Orders for your immediate and honorable action in all matters concerning **Derrick El**. All correspondence and any actions will be collected as evidence. If one of your citizens, residents, or subjects i.e. HILLSBORO, TEXAS has an injury or controversy in fact or in law then the United States District Court for the Northern District of Texas has jurisdiction to hear this matter. If you desire to pursue this issue against the Moorish American national Derrick EL, Moorish Consuls must be present. Then and only then is the jurisdiction and venue proper within then the United States District Court for the Northern District of Texas You can contact Tariq Bey, Regional Consul Lead, in regards to this matter; Care of 2154 South Richfield #106,Near [Aurora, Colorado Republic [80013]]

ce@moorishamericanconsulate.org

Issued by my hand on the 2nd day of October 2019,-1439

Antoine Bey, Consul-Minister
All Rights Reserved and
Retained without prejudice
U C C 1-207/1-308, U C C 1-103
Moorish American Consulate





## <u>Special Appearance</u>

Notice to the agent is notice to the principal, Notice to principal is to notice to the agent; UCC 1-202

September 18, 2019

STATE OF TEXAS                    )          <u>**NOTICE OF SPECIAL APPEARANCE**</u>
(Plaintiff)                       )          NOT GENERAL-UNCONSTITUTIONAL
                                  )          UNSANCTIONED NON-COMMON
                                  )          LAW, FOREIGN COURT
v.                                )
                                  )
Derrick El, Non-Domestic,         )
In Propria Persona, Sui Juris,    )
EX REL. **DERRICK MONTRE HADDOCK** )
(Respondent)                      )
                                  )

In Re: Bill of Attainder/CASE NO. <u>**M0420-19**</u>

Derrick El, ex. Rel., **DERRICK MONTRE HADDOCK**, do hereby affirm and state for the record that

I will be making a <u>SPECIAL APPEARANCE- NOT GENERAL</u> under threat, duress and coercion, in

Propria Persona (not pro se) to the hearing on September 19, 2019 at 9:00 am entry In the

COUNTY HILL COUNTY COURTHOUSE, PO BOX 874, HILLSBORO, Texas Republic.

### <u>AVERMENT OF JURISDICTION</u>

1. The Texas Republic Organic Constitution 'Bill of Rights' Section 1, states and declare that

   it is subject to the united States of America Republic Constitution (1789/1791) which is

   the 'Supreme Law of the Land'(Article 6, Section 2). The united States of America

   Republic says a Judge, or Court must be delegated from Congress assembled to have

   judicial power (Article 3).

Page **1** of **3**

A CERTIFIED C... SEP 2 6 2019
ATTEST_____,20____
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS
BY

  

2. This is a formal Request and Command for any persons, PUBLIC and Private entities, who must be Creatures of the American Constitution, 'Doing/Business/As' public servants, trustees, employees, officers, administrators, agents, clerks, judges, district attorneys and/or attorneys in behalf of the "STATE OF TEXAS" in the September 19, 2019 at 9:00 am entry In the COUNTY HILL COUNTY COURTHOUSE, PO BOX 874, HILLSBORO, Texas Republic, and/or any injured parties, to produce for the record, the physical documented 'Delegation of Authority', signed by Congress of the united States of America as required by LAW, per Article 3 of the united States of America Republic Constitution (1789/1791), filed on the record, as Proof of "Jurisdiction". I also command you to produce on the record any contract and/or 'True Bill' signed by a Grand Jury or Injured party under penalty of perjury, validating any 'Charge' which is a due process of law guaranteed in the 'Bill of Rights' of the united States of America Constitution, and the Texas Republic Constitution.

3. You have **Ten (10) days** of this receipt, to produce, for the record, and on the record to the above mentioned parties to be observed by competent witnesses. Whereas your failure to produce the physical signed documented proof of Jurisdiction, shall stand as 'Tacit Acquiescence' that you do not have Jurisdiction.

4. "The judicial Power of the United States shall be vested in one Supreme Court and in such inferior Courts as the Congress may from time to time ordain and establish."

    **(United States of America Republic Constitution Article 3 section 1)**



5.   "The right of the people to be secure in their persons, houses, papers, and effects,
against unreasonable searches and seizures, shall not be violated, and no Warrants shall
issue, but upon probable cause, supported by Oath or affirmation, and particularly
describing the place to be searched, and the persons or things to be seized". **(United**

   **States of America Republic Constitution Amendment IV)**

In accordance with TRCP 120(a) for the purpose of objecting to the jurisdiction of the court the
respondent demands:

6.   That all victimless 'Charges' of 'POSSESSION OF MARIJUANA UNDER 2 OZ- In the
COUNTY HILL COUNTY COURTHOUSE, PO BOX 874, HILLSBORO Texas Republic. case NO.
**M0420-19** being null and void and not amenable is DISMISSED WITH PREJUDICE.

7.   That the September 19, 2019 at 9:00 am entry In the  COUNTY HILL COUNTY
COURTHOUSE, PO BOX 874, HILLSBORO, Texas Republic.

8.   Texas Republic, to produce for the record, the physical documented 'Delegation of
Authority', as Proof of Jurisdiction within 7 days of this receipt, as required by law, per
Article III, Section 1 of the United States Republic Constitution.

   I, Anuary Uzima, affirm and declare under penalty of perjury that the foregoing is true
and correct.

I Am: _____

(Derrick El, Natural Person)
**Ex. Rel. DERRICK MONTRE HADDOCK**
All Rights Reserved without prejudice: U.C.C. 1-207/1-
308;

C/o 1012 ROSEDALE SPRINGS LN
FORT WORTH, Texas Republic [77063]





2:52 PM
Eubank
ict Clerk
y, Texas
Brenda Bartlett

To:
Matt Crain
C/o HILL COUNTY COURTHOUSE
COUNTY CRIMINAL COURT AT LAW
P.O. BOX 874
HILLSBORO, Texas Republic [77002-1900]

**In Re:** CASE NUMBER: <u>**M0420-19**</u>        Date: **September 18, 2019** (Christian Calendar Year)

We are requesting your assistance in providing us with the information necessary to process payments to you, the Internal Revenue Service requires us to receive and retain a form W-9 from you to certify your name, address, U.S. residency status, taxpayer identification number and backup withholding status. We only use your tax information for required governmental reporting purposes. For your convenience we have attached a W-9 and you can also find your W-9 form online at IRS.gov. We are unable to process payments to you until we receive a complete and signed form W-9, without the form W-9 certification payments may be subject to withholdings. Failure to provide accurate reporting information on the W-9 may result in IRS imposing penalties on you as a tax payer. If you are not a U.S. citizen or permanent resident you should not complete form W-9, instead complete form W-8ben available also online. Please note that different tax withholdings and according rules will apply. So it is very important to use this form here.

Return Information:

Antoine Bey Authorized Representative
Ex Relatione: ANTOINE DAVIS
All Rights Reserved;
U.C.C. 1-207/ 308; U.C.C. 1-103
C/o MOORISH AMERICAN CONSULATE
7943 ELLINGER LN
HOUSTON, TEXAS REPUBLIC
Moorishgovernor@gmail.com



A CERTIFIED COPY
ATTEST _____ SEP 2 6 2019
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS

Cause No. M O420 .17

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | THE COUNTY COURT AT LAW |
| V. | § | OF |
| DERRICK HADDOCK | § | HILL COUNTY, TEXAS |

## ARTICLE 39.14 DISCOVERY DISCLOSURE FORM

The State of Texas and the Defendant in the above styled and numbered cause hereby acknowledge, prior to the Court's acceptance of the Defendant's plea or before trial, the disclosure, receipt and a list of all documents, items, and information required to be made available by the State to the Defense. Said documents, items and information made available to the Defendant include those items set forth in **Exhibit A**, attached hereto and incorporated herein for all purposes.

### SIGNATURES AND ACKNOWLEDGEMENTS

**Defendant Represented by Attorney**

_____ I, the Defendant herein, acknowledge that my attorney has explained to me, and provided me the opportunity to review the above referenced items.

**Pro-Se Defendant**

_____ I, the Defendant herein, acknowledge that the State has provided me an opportunity to review the above referenced items.

Date: 7-19-19

_____ All rights reserved
Defendant (Print Name) DERRICK HADDOCK

_____ Pursuant to CCP 39.14, by my signature below, I certify, as counsel for the Defendant that the documents, items and information set forth above have been made available to me. I understand that non-public information received pursuant to 39.14 is not subject to disclosure without a Court Order. I further understand that I cannot allow the Defendant, witnesses, or prospective witnesses to have copies of this information other than a copy of the witness's own statement and before showing this information to a defendant, I must redact it as set forth in the statute.

Date: 9-19-19

_____
Attorney for Defendant

As Attorney for the State of Texas, I represent that the above referenced materials have been made available as set forth above.

Date: 7/19/17

_____
R. David Holmes, County Attorney, Hill County

_____
Asst. County Attorney

The Court accepts these documents as compliance with Art. 39.14 of the Texas Code of Criminal Procedure.

Date: 7/19 , 2019

_____
JUDGE PRESIDING

A CERTIFIED COPY SEP 2 6 2019
ATTEST_____
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS
BY

# CAUSE M 0420 - 19 Exhibit A

## DISCOVERY FORM

☐ No Discovery Requested

| Item | State | Defense | Item | State | Defense |
|------|-------|---------|------|-------|---------|
| Offense Report | ✓ | ✓ | Expert Reports | | |
| Supplement 1- | | | Medical Records | | |
| Witness Statements | ✓ | ✓ | Warrantless Arrest Affidavit | ✓ | |
| Defendant Statements | | | Warrant | | |
| Photographs | | | Search Warrant/Affidavit | | |
| Diagrams | | | Affidavit of Non-Prosecution | | |
| Lab Report | ✓ | ✓ | Audio | | |
| Video | ✓ | | DWI Forms | | |
| Video | | | Plea Offer Form & Information | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# CRIMINAL DOCKET

CAUSE NO. **M0420-19**

| DATE OF FILING | STYLE OF CASE | ATTORNEYS | TYPE OF ACTION |
|---|---|---|---|
| 06/27/2019 | **State of Texas** **VS** **DERRICK MONTRE HADDOCK** | DAVID HOLMES | **Adult Misdemeanor** |
| | | Plaintiff | POSS MARIJ <2OZ |
| | | | |
| | | Defendant | |
| | | | |

| DATE OF ACTION | | | ACTION |
|---|---|---|---|
| MONTH | DAY | YEAR | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

A CERTIFIED COPY
ATTEST SEP 2 6 2019
MARCHEL V. EUBANK
DISTRICT CLERK
HILL COUNTY TEXAS
BY Mary Mullins

05/29/2019    11:16                                    (FAX)                    P.002/003

MANUEL EUBANK
DISTRICT CLERK
HILL COUNTY                MO42019

POSS MARIJ <2OZ                                    2019 JUN 27 P 4:24
*************************************************************************
                                                            CA0276-0319
                                                            PF0227-19

## COMPLAINT

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

BEFORE ME, personally appeared the undersigned affiant, who, after being by me duly sworn, deposes and says that he has reason to believe and does believe that **DERRICK MONTRE HADDOCK**, who is hereinafter styled defendant, **13TH DAY OF FEBRUARY, 2019** and before the making and filing of this Complaint, in the County of Hill and State of Texas, did then and there knowingly or intentionally possess a usable quantity of marihuana in the amount of two ounces or less;

Against the peace and dignity of the State.

_____
                                                            JUSTIN OBEDA
                              TEXAS DEPARTMENT OF PUBLIC SAFETY

Sworn to and subscribed before me this 4th day of ___June___, A.D., 2019.

_____        OR        _____
PEACE OFFICER                                NOTARY PUBLIC
O Alvarado #14138

*************************************************************************

A CERTIFIED COPY
ATTEST_____ SEP 2 6 2019
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS

POSS MARIJ <2OZ                                                                    M042019
**********************************************************************************
                                                                         CA0276-0319
                                                                    PF0227-19

## INFORMATION

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

NOW COMES R. DAVID HOLMES, COUNTY ATTORNEY of the County of Hill, State aforesaid, and in behalf of said State, presents in the DISTRICT COURT of said County, at the **JANUARY-JUNE** term, **2019** of said Court, that **DERRICK MONTRE HADDOCK**, who is hereinafter styled defendant, on or about the **13TH DAY OF FEBRUARY, 2019** and before the making and filing of this Information, in the County and State aforesaid, did then and there knowingly or intentionally possess a usable quantity of marihuana in the amount of two ounces or less;

Against the peace and dignity of the State.

_____
                                                        Michaela Alvarado
                                                        Assistant County Attorney
                                                        Hill County, Texas

**********************************************************************************

A CERTIFIED COPY        SEP 2 6 2019
ATTEST_____, 20____
              MARCHEL M. EUBANK
                 DISTRICT CLERK
              HILL COUNTY, TEXAS
BY

NO. _OU12PS-_

**SURETY BOND**

| STATE OF TEXAS | § | PENDING BEFORE THE | PF0227-19 |
|---|---|---|---|
| | § | | |
| VS. | § | | |
| | § | _COUNTY_ COURT | |
| _DERRICK MONTRE HADDOCK_ | § | OF _HILL_ COUNTY, TEXAS | |

WHEREAS, the above bound Principal of this bail bond, stands charged with the offense of _POSS MARIJ & 202_ as more particularly set out in said charging instrument, duly authenticated and filed herein; and said Principal has made application to be released, upon filing a properly approved Bail Bond, in the manner provided by law.

NOW, THEREFORE, we, _DERRICK MONTRE HADDOCK_, as Principal, and the undersigned, as Surety, hereby acknowledge ourselves to be, individually and collectively, indebted, and duly bound to pay the STATE OF TEXAS the penal sum of _$1000_ DOLLARS, the amount set for this bond; for the payment of said sum, well and truly to be made, we do hereby bind ourselves, our heirs and legal representatives, conditioned as follows, to-wit:

Conditioned that said Principal, the Defendant in the above cause, shall well and truly personally appear, and be present before the _County_ Court of said County and State, at the Courthouse thereof, at the INSTANTER term. And at such other times as may be directed by the said Court, then and there to remain, from day to day, and term to term, to answer the above accusation, until said Principal is discharged by due process of law, whereupon, this obligation shall become null and void, otherwise to remain in full force and effect.

Conditioned, further, that we, and each of us, are held and firmly bound, and promise to pay the STATE OF TEXAS the penal sum and amount of this bond, as provided in the preceding paragraph, and elsewhere herein, and that in addition, this Bail Bond shall remain valid and binding upon the Principal, and the undersigned Sureties, for all further personal appearances of said Principal, at and before any and all subsequent proceedings, conducted and held relative to the above charge and accusations, as also provided bylaw. Conditioned further as shown on the Attachment _COMPLAINT & INFO_. [Complaint and Information or Indictment]

It is also agreed that we, and each of us, shall pay all actual and necessary fees and expenses that may be incurred, by peace officers, in re-arresting and returning the above named Principal, in event any of the conditions of this bond are violated.

It is herein further provided that if the Court in which this cause is pending should find that this Bail Bond is defective, excessive, insufficient in amount, or that the Sureties herein are not acceptable, then the Judge of said Court, either in term, or vacation, may order the Principal rearrested and required to give another bond in such amount as the Judge may deem proper, promises considered. Furthermore, the Principal must comply with all conditions of this Bond as ORDERED by Court in order to remain free on bond.

THE FOLLOWING INFORMATION TO BE AFFIXED BY PRINCIPAL ONLY:

THE FOLLOWING INFORMATION TO BE AFFIXED BY SURETY ONLY:

PRINCIPAL'S SIGNATURE:

SURETY:

PRINTED NAME: _Derrick m Haddock_

ADDRESS OF SURETY:

DON TUTOR BAIL BONDS
600 W. ELM
HILLSBORO, TEXAS 766645
254/580-9744

MAILING ADDRESS: _1012 Rosedale springs Ln_
_ft worth Tx 76134_

PHYSICAL ADDRESS IF DIFFERENT FROM ABOVE:

EXAMINED AND APPROVED this _14_ day of _February_, 20_19_

_214-335-7208_

RODNEY B. WATSON, SHERIFF, HILL COUNTY, TEXAS

CONDITIONED:

A CERTIFIED COPY SEP 26 2019
ATTEST _____ 20___
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS
BY

**SURETY BOND**

STATE OF TEXAS
COUNTY OF _____HILL_____

We, the undersigned, do swear that we are worth, in our own right, at least the sum, set opposite our respective names, after deducting from our property all that which is exempt by the Constitution and law of the State of Texas from forced sale, and after the payment of all debts of every description, whether individual or security debts, and after satisfying all encumbrances upon our property which are known to us; that we reside in the County of _____HILL_____ and have property in this State, liable to execution, worth the said sum or more:

The said __Don Tutor Bail Bonds__ the sum of $ __2,000__ Dollars or more

The said _____ the sum of $_____ Dollars or more

The said _____ the sum of $_____ Dollars or more

The said _____ the sum of $_____ Dollars or more

The said _____ the sum of $_____ Dollars or more

Print name (1) and Address   _Don Tutor_
Don Tutor Bail Bonds
600 W. Elm
Hillsboro, Texas 76645
254/580-9744

Print name (2) and Address   _____
_____
_____

SWORN TO AND SUBSCRIBED TO before me this _____ day of _____, 20_____.

_____
Notary Public, State of Texas

My Commission Expires:_____

File No. _____

BAIL BONDS

THE STATE OF TEXAS

VS.

DERRICK MONROE HARDER

In _____ County Court

FILED

This ____ day of _____ A.D. 20____

POM



FILED
MARCHEL EUBANK
DISTRICT CLERK
HILL COUNTY

2019 JUL 19 P 3: 41

**Matt Crain, Presiding Judge**
County Court at Law
Hill County Courthouse
P.O. Box 874
Hillsboro, Texas 76645
254-582-4068

July 19, 2019

Derrick Montre Haddock
1012 Rosedale Springs Ln
Fort Worth Tx 76134

RE:        Arraignment Hearing
CAUSE:   M0420-19
STYLE:    State of Texas VS DERRICK MONTRE HADDOCK
CHARGE:  POSS MARIJ <2OZ

Dear DERRICK MONTRE HADDOCK:

You are ORDERED to appear in Court on Cause No. M0420-19, on the following dates:

| | |
|---|---|
| Arraignment Docket | August 7, 2019 at 9:00 a.m. |
| Status Hearing | September 19, 2019 at 9:00 a.m. |
| Final Pretrial Conference | October 9, 2019 at 9:00 a.m. |
| Jury Trial | December 17, 2019 at 9:00 a.m. |

You are to appear at all dockets until your case is finally disposed of or you are told by the Judge, in open court, not to appear at a future hearing. Nonappearance may result in the forfeiture of your bond and the issuance of a warrant for your arrest.

Bring a current photo identification (driver's license or ID card), proof of residence (driver's license or utility bill) and proof of employment (check stub or letter from employer), unless you are paying your fines and costs in full. CHILDREN ARE NOT ALLOWED IN THE COURTROOM.

IF YOU HIRE A LAWYER, IT IS YOUR RESPONSIBILITY TO PROVIDE THAT LAWYER WITH THE ABOVE DATES. NO FUTHER NOTICE WILL BE SENT TO YOU OR YOUR LAWYER.

NOTE TO COUNSEL ONLY: Written waivers of arraignment are accepted by the Court. However, a waiver of arraignment is good for the arraignment date only. All other court dates remain as scheduled. Motions for continuance must be in writing, properly sworn to, and heard before the court date.

A CERTIFIED COPY
ATTEST_____ **SEP 2 6 2019**
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS
BY_____

Sincerely,

Matt Crain, Judge
County Court at Law

CC: DON TUTOR

*Filed 8/5/2019 4:36 PM*
*Marchel Eubank*
*District Clerk*
*Hill County, Texas*
Brenda Bartlett

# BRIAN WALKER LAW FIRM PLLC

No. 1 Bond's Alley                                        (254) 580-1111 Telephone
Hillsboro, TX 76645                                       (800) 858-6823 Facsimile

August 5, 2019

Honorable Marchel Eubank
Hill County District Clerk
Hill County Courthouse
80 N. Waco St.
Hillsboro, TX 76645

*State of Texas vs. Derrick Haddock, Cause No. M0420-19*

Dear Madam:

Please let your records reflect that I've been retained to represent this individual in this matter. Please notify me of any settings in the case, and don't hesitate to have someone from your office contact me if they have any questions. Thank you so much for your time in this matter, and for your service to the people of Texas.

Sincerely,

Brian K. Walker, Attorney



A CERTIFIED COPY
ATTEST **SEP 2 6 2019** , 20___
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS
BY _____

Filed 8/5/2019 4:41 PM
Marchel Eubank
District Clerk
Hill County, Texas
Brenda Bartlett

CAUSE NUMBER: M0420-19

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | COUNTY COURT AT LAW |
| | § | |
| VS. | § | OF |
| | § | |
| DERRICK HADDOCK | § | HILL COUNTY, TEXAS |

## WAIVER OF ARRAIGNMENT

**NOW COMES** the Defendant and states that: he/she has heretofore received a copy of the indictment, that his/her name is correctly spelled in the indictment, that he/she is the person named in the indictment, that he/she is fully aware of the nature of the charges set forth in the indictment, and the punishment prescribed by law for said offense.

Defendant now desires and does hereby waive all formalities of service of the indictment and arraignment herein and enters a plea of **NOT GUILTY** to the charges through his/her attorney.

_____
Brian K. Walker, Attorney for Defendant
Bar No. 24043978
Brian Walker Law Firm PLLC
No. 1 Bond's Alley
Hillsboro, Texas 76645
(254) 580-1111 –PHONE
(800) 858-6823- E-FAX
brian@brianwalkerlaw.com

This foregoing Waiver of Arraignment is approved by the Court on this the

_____ day of _____, 2019.

_____
**JUDGE PRESIDING**

A CERTIFIED COPY
ATTEST SEP 2 6 2019, 20___
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS
BY



Hill County Court at Law <courtatlaw@co.hill.tx.us>

FILED
MARCHEL EUBANK
DISTRICT CLERK
HILL COUNTY

2019 AUG -6  A 10: 13

## Derrick Haddock M0420-19
1 message

Miranda Wickliffe <miranda@brianwalkerlaw.com>                    Mon, Aug 5, 2019 at 4:42 PM
To: Hill County Court at Law <courtatlaw@co.hill.tx.us>

Hello Lori,

I just efiled a rep letter and a WOA for Derrick Haddock M0420-19. Please let me know if you have any questions. Thank you, Ma'am!

Miranda Wickliffe
Office Manager


🦅 BRIAN WALKER LAW™

**North Texas Office:**

Alps Building- Historic Stockyards
222 W. Exchange Ave.
Fort Worth, Texas 76164

(817) 625-2233 - Phone
(800) 858-6823 - Facsimile

**Central Texas Office:**

No. 1 Bond's Alley
Hillsboro, Texas 76645

(254) 580-1111 - Phone
(800) 858-6823 - Facsimile

email- miranda@brianwalkerlaw.com
website- www.brianwalkerlaw.com



PRIVILEGED AND CONFIDENTIAL: This electronic message and any attachments are confidential property of the sender. The information contained in this electronic message may be attorney-client privileged and confidential, and is intended only for the use of the individual or entity to which it is addressed. The sender takes no responsibility for any unauthorized reliance on this message. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any other interception, copying, accessing, or disclosure of this message is prohibited. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission. Thank you.

A CERTIFIED COPY
MARCHEL EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS
SEP 2 6 2019 20
BY _____


Virus-free. www.avast.com

Supplemental Civil Cover Sheet
Page **1** of **2**



RECEIVED

OCT - 3 2019

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1.  **State Court Information:**

    **3 - 19CV - 2358**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | Hill County Courthouse | M 0420 - 19 |

2.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | Derrick EL. Plaintiff | N/A |
    | Matt Crain Defendant Et al. | |
    | Justin Obeda | |
    | R. David Holmes Defendant | |
    | | |

3.  **Jury Demand:**

    Was a Jury Demand made in State Court?  ☑ Yes    ☐ No

    If "*Yes*," by which party and on what date?

    Derrick EL Plaintiff          10/3/19
    _____          _____
    Party                                              Date

Supplemental Civil Cover Sheet
Page 2 of 2

4. **Answer:**

Was an Answer made in State Court?  ☑ Yes          ☐ No

   If "*Yes*," by which party and on what date?

   _Derrick EL  Plaintiff_          _____
   Party                                                  Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |-------|--------------------------|
   |  |  |
   | N/A |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |-------|--------|
   | ~~DERRICK~~ DERRICK HADDOCK | Ex. Relatione |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |-------|----------|
   | DERRICK EL, Plaintiff | Deprivation of rights |
   | Matt Crain, Defendant | Possession of marijuana |

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED**

OCT 3 2019

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff    *Derrick EL*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    *Hills County*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**3-19CV-2358M**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 2  U.S. Government
       Defendant

☒ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
       Proceeding

☒ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       Another District
       *(specify)*

☐ 6  Multidistrict
       Litigation -
       Transfer

☐ 8  Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*42 U.S.C. 1983*

Brief description of cause:    *deprivation of rights*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
     UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE    *Matt Crain*    DOCKET NUMBER    *M0420-19*

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

JS 44 Reverse  (Rev. 06/17) - TXND (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.