# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:19−cv−02358−M−BT

Haddock v. Crain et al  
Assigned to: Chief Judge Barbara M. G. Lynn  
Referred to: Magistrate Judge Rebecca Rutherford  
Case in other court: Hill County Courthouse, Hillsboro, TX, M0420−19  
Cause: 42:1983 Civil Rights Act

Date Filed: 10/03/2019  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Derrick El**  
*Natural Person, Ex. Relatione Derrick Haddock*

represented by **Derrick El**  
1012 Rosedale Springs Ln  
Fort Worth, TX 76134  
214−335−7208  
PRO SE

V.

**Defendant**

**Matt Crain**

**Defendant**

**Justin Obeda**

**Defendant**

**R David Holmes**

**Defendant**

**Michaela Alvarado**

**Defendant**

**O Alvarado**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2019 | 1 | New Case Notes: A filing fee has been paid. CASREF case referral set and case referred to Magistrate Judge Rutherford (see Special Order 3). Initiating documents received by mail. No prior sanctions found. (For court use only − links to the national and circuit indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Rutherford). Clerk to provide copy to plaintiff if not received electronically. (sre) (Entered: 10/04/2019) |
| 10/03/2019 | 2 | NOTICE OF REMOVAL WITH JURY DEMAND from Hill County Criminal Court at Law, Hillsboro, TX, case number M0420−19 filed by Derrick El. (Filing fee $400; receipt number 119378) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by |

| | | |
|---|---|---|
| | | clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (sre) (Entered: 10/04/2019) |
| 10/03/2019 | 3 | Notice and Instruction to Pro Se Party. (sre) (Entered: 10/04/2019) |
| 10/03/2019 | 4 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Derrick El. (sre) (Entered: 10/04/2019) |
| 10/04/2019 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:1,3. Fri Oct 4 11:02:46 CDT 2019 (crt) (Entered: 10/04/2019) |
| 10/08/2019 | 5 | ORDER: Because Plaintiff has now paid the statutory filing fee, he is responsible for properly serving each Defendant with a summons and complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and filing proof of service with the Court in compliance with Rule 4(l). (Ordered by Magistrate Judge Rebecca Rutherford on 10/8/2019) (Attachments: # 1 Summons, # 2 FRCP Rule 4, # 3 Local Rule 4.1) (mla) (Entered: 10/08/2019) |
| 10/08/2019 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:5. Tue Oct 8 16:46:55 CDT 2019 (crt) (Entered: 10/08/2019) |
| 10/11/2019 | 6 | Emergency MOTION to Stay State Court Proceedings filed by Derrick El. (rekc) (Entered: 10/11/2019) |
| 10/16/2019 | 7 | ORDER: Plaintiff Derrick El, proceeding pro se, has filed an Emergency Motion to Stay State Court Proceedings (ECF No. 6 ). After reviewing the Motion, Plaintiff's initial filing, and the applicable law, the Court concludes this case should be transferred to the Western District of Texas, Waco Division. (Ordered by Chief Judge Barbara M. G. Lynn on 10/16/2019) (aaa) (Entered: 10/16/2019) |
| 10/16/2019 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:7. Wed Oct 16 15:20:09 CDT 2019 (crt) (Entered: 10/16/2019) |